# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MITCHEL SHANNAN POOLE,
INDIVIDUALLY AND ON BEHALF
OF RACHAEL NICHOLE POOLE,
DECEASED

VERSUS

THOR INDUSTRIES, INC.,
DUTCHMEN MANUFACTURING INC.,
RICK'S RV SALES, INC., APRIL
DOSRAMOS AND JOSHUA DOSRAMOS

NO.  2019 CW 1453

**MAR 0 4 2020**

---

In Re:     Furrion, LLC, applying for supervisory writs, 18th
           Judicial District Court, Parish of Pointe Coupee, No.
           47903.

---

**BEFORE: WHIPPLE, C.J., GUIDRY, HIGGINBOTHAM, THERIOT AND BURRIS,[1] JJ.**

**WRIT GRANTED.**  The trial court's August 27, 2019 judgment denying relator, Furrion, LLC's exception of lack of personal jurisdiction is reversed.  The respondent, Keystone RV Company, failed to establish that the relator had minimum contacts with the forum such that it purposefully availed itself of the privilege of conducting activities within the forum.  **Ruckstuhl v. Owens Corning Fiberglas Corp.**, 98-1126 (La. 4/13/99), 731 So.2d 881, cert. denied, 528 U.S. 1019, 120 S.Ct. 526, 145 L.Ed.2d 407 (1999).  The relator's exception of lack of personal jurisdiction is granted, and the claims of Keystone RV Company against Furrion, LLC are dismissed without prejudice.

JMG
TMH
WJB

Whipple, C.J., dissents and would deny the writ on the basis that there is outstanding discovey related to the issue of personal jurisdiction.

Theriot, J., dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.